IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CLEVELAND)

| | |
|---|---|
| ERIC SEME | CASE NO.  1:23-cv-1521 |
| Plaintiff, | |
| -vs- | JUDGE PAMELA A. BARKER |
| CALIBER HOME LOANS, INC., et al., | |
| Defendants. | |

**NOTICE OF APPEAL OF PLAINTIFF ERIC SEME AND THIRD-PARTY DEFENDANT ELIZABETH DEL CONSUELO ESCOBAR GARAY**

Plaintiff and Counterclaim-Defendant, Eric Seme and Third-Party Defendant Elizabeth Del Consuelo Escobar Garay appeal to the United States Court of Appeals for the Sixth Circuit from the Memorandum Opinion & Order entered on July 10, 2026 (Doc. 57) and the Judgment Entry and Decree of Foreclosure entered on July 28, 2026 (Doc. 61).

Respectfully submitted,

*/s/ Matthew G. Vansuch*
Matthew G. Vansuch (0079328)
Roetzel & Andress LPA
6550 Seville Dr., Ste B
Canfield, OH 44406
Tel: (330) 533-6195
E-mail: mvansuch@ralaw.com
*Counsel for Plaintiff, Eric Seme and Third-Party Defendant Elizabeth Del Consuelo Escobar Garay*

1

CERTIFICATE OF SERVICE

The undersigned certifies that on this August 6, 2026 a true copy of the foregoing was served upon all counsel of record by the Court's electronic filing system.

*/s/ Matthew G. Vansuch*
Matthew G. Vansuch (0079328)